UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES M. BREWER, JR.,

                Petitioner,

-against-

STATE OF NEW YORK,

                Respondent.

21-CV-1468 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 30, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice for Petitioner's failure to submit a completed request to proceed *in forma pauperis* or pay the $5.00 filing fee. *See* 28 U.S.C. §§ 1914, 1915.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   April 30, 2021
           New York, New York

                                              COLLEEN McMAHON
                                              United States District Judge